# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### GALVESTON DIVISION

USAA CASUALTY INSURANCE
COMPANY a/s/o GARRETT and
JESSICA WORD,

            **Plaintiff,**              **No.**

**v.**

**CHILI TECHNOLOGY LLC,**

            **Defendant.**

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THIS COURT:

THIS ACTION, originally filed in the 56th Judicial District Court, Galveston County, Texas as Cause No. 17-CV-0578 (the "State Court Lawsuit"), is hereby removed to the United States District Court for the Southern District of Texas, Galveston Division, by Defendant Chili Technology LLC.  In support of the removal of this action, Chili Technology LLC states as follows:

1.      This is a civil action for negligence, strict products liability, and breach of warranty. The State Court Lawsuit was filed on or about May 10, 2017.  The parties to the lawsuit are Plaintiff USAA Casualty Insurance Company a/s/o Garrett and Jessica Word and Chili Technology LLC.

2.      The district courts of the United States have original jurisdiction over this action pursuant to 28 U.S.C. § 1332 because it is a civil action between citizens of different states and, upon information and belief, the matter in controversy exceeds $75,000, exclusive of interest and

costs.  See Exhibit 2a. (Plaintiff's Original Petition).  Plaintiff's Petition alleges that Plaintiff has incurred $333,470.85 in damages and that Plaintiff continues to incur damages as a result of the negligence, products liability, and/or breach of warranty claims asserted by Plaintiff.  Removal of this action is appropriate pursuant to 28 U.S.C. § 1441.

3.      On information and belief, Plaintiff was at the time of the filing of the Original Petition, and remains, an insurance company incorporated in the state of Texas with its principal place of business in Texas.

4.      Chili Technology LLC was at the time of the filing of the Original Petition, and remains, a North Carolina Limited Liability Company.  A limited liability company is deemed to have the citizenship of each of its members.  Standard Aero [San Antonio], Inc. v. Kelly Aviation Center, LP, 2006 WL 504055, *3 (W.D.Tex.2006); see also Coventry Enterprises LLC v. Sanomedics Int'l Holdings, Inc., No. 14 CIV. 8727 NRB, 2015 WL 1564990, at *1 (S.D.N.Y. Apr. 1, 2015).  The sole member of Chili Technology LLC was at the time of the filing of the Original Petition, and remains, domiciled in North Carolina.

5.      Venue of the removed action is proper in this Court because the State Court Lawsuit is pending in the subject federal district.

6.      Chili Technology LLC was served with the summons and petition on May 18, 2017.  Chili Technology LLC is thus timely filing this Notice of Removal within thirty (30) days after the service of the initial pleading setting forth any claim for relief against this defendant.

7.      Chili Technology LLC has served notice of the filing of this Notice of Removal upon Plaintiff through its attorney of record, and will file a copy of this Notice of Removal with the Clerk of the 56th Judicial District Court, Galveston County, Texas, where the State Court Lawsuit is pending.

8.      Pursuant to LR 81:

1)  Copies of all executed process in this case are attached as Exhibit 1;

2)  Copies of pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings are attached as Exhibit 2a and Exhibit 2b;

3)  Copies of all orders signed by the state judge (none exist to date);

4)  A copy of the docket sheet is attached as Exhibit 3;

5)  An index of matters being filed is attached as Exhibit 4;

6)  A list of all counsel of record, including addresses, telephone numbers and parties represented is attached as Exhibit 5.


Respectfully submitted,



By: /s/ H. Brook Laskey
    H. Brook Laskey
    SBOT #24062337
    Attorneys for Chili Technology LLC
    18035 Rio Grande Boulevard NW, Suite C
    Albuquerque, New Mexico 87104
    Telephone: (505) 246-0455
    blaskey@MLLlaw.com


**CERTIFICATE OF SERVICE**

I certify that on the 13th day of June, 2017, a copy of the foregoing was filed with the Clerk of the Court through the ECF system and will be sent electronically to the attorneys for Plaintiff via email.

I have also served via U.S. Mail, first-class, postage prepaid, to the following:

**ATTORNEYS FOR PLAINTIFF:**
Jason S. Schulze, Esq.
Cozen O'Connor
LyondellBasell Tower, Suite 2900
Houston, Texas 77010
Telephone: 832.214.3916
Facsimile: 832.214.3905
JSchulze@cozen.com

/s/ H. Brook Laskey_____
H. Brook Laskey